UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WATSON HERNDON,

    Plaintiff,                                Case No. 1:17-CV-395

v.                                           Hon. Gordon J. Quist

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Phillip Green's August 31, 2017, Report and Recommendation recommending that the Court grant Plaintiff's motion to voluntarily dismiss the case without prejudice. The Report and Recommendation was duly served on Plaintiff on September 1, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 31, 2017 (ECF No. 11), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (ECF No.10) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

This case is **concluded**.


Dated: September 21, 2017                                        /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE